Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ELISABETH JENSSEN, </br></br> Plaintiff, </br></br> vs. </br></br> NORDSTROM, INC. WELFARE BENEFIT PLAN AND TRUST and METROPOLITAN LIFE INSURANCE COMPANY, </br></br> Defendants. | Case No.: C 07-05449 JSW </br></br> **NOTICE OF SETTLEMENT** |

    Plaintiff, ELISABETH JENSSEN, hereby notifies the Court that the parties have reached a settlement in this matter. She therefore requests that the case management conference scheduled for February 1, 2008 be taken off calendar. Plaintiff will file a stipulation of dismissal upon completion of the settlement transaction.

                  BY:_____/s/ *Steven M. Chabre, Esq.*_____ DATED: January 23, 2008
                            STEVEN M. CHABRE
                            Attorney for Plaintiff