Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ELISABETH JENSSEN, <br><br> Plaintiff, <br><br> vs. <br><br> NORDSTROM, INC. WELFARE BENEFIT PLAN AND TRUST and METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendants. | Case No.: C 07-05449 JSW <br><br> **NOTICE OF SETTLEMENT AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff, ELISABETH JENSSEN, hereby notifies the Court that the parties have reached a settlement in this matter. She therefore requests that the case management conference scheduled for February 1, 2008 be taken off calendar. Plaintiff will file a stipulation of dismissal upon completion of the settlement transaction.

The Case Management Conference is CONTINUED to April 25, 2008 at 1:30 p.m. This date shall be vacated upon receipt of stipulation of dismissal.

BY:_____/s/ *Steven M. Chabre, Esq.*_____    DATED: January 23, 2008
     STEVEN M. CHABRE
     Attorney for Plaintiff

[GRANTED — /s/ Jeffrey S. White, Judge Jeffrey S. White, United States District Court, Northern District of California]

NOTICE OF SETTLEMENT (C 07-05449 JSW)                                                                    1