Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ELISABETH JENSSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC. WELFARE BENEFIT PLAN AND TRUST and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Defendants. | Case No.: C 07-05449 JSW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE and [~~PROPOSED~~] ORDER** |

Plaintiff, ELISABETH JENSSEN, hereby requests that the court dismiss this action with prejudice. Neither defendant has answered the complaint. Pursuant to F.R.Civ.P. 41(a) plaintiff may have the matter dismissed without stipulation of defendants.

BY: _____/S/_____   DATED: February 7, 2008
STEVEN M. CHABRE
Attorney for Plaintiff

NOTICE OF DISMISSAL WITH PREJUDICE and [~~PROPOSED~~] ORDER (C 07-05449 JSW)

1

**ORDER.**

Pursuant to the notice of dismissal, this matter is dismissed with prejudice.

Dated: February 7, 2008         By: /s/ Jeffrey S. White
                                    JEFFREY S. WHITE
                                    U.S. DISTRICT COURT JUDGE